# United States Court of Appeals
## For the Eighth Circuit

_____

No. 25-1098
_____

United States of America

*Plaintiff - Appellee*

v.

Corvelous Devontae Caston

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Northern District of Iowa - Eastern
_____

Submitted: April 14, 2025
Filed: April 17, 2025
[Unpublished]
_____

Before LOKEN, BENTON, and GRASZ, Circuit Judges.
_____

PER CURIAM.

Corvelous Caston appeals after the district court[1] revoked his supervised release and sentenced him to 9 months in prison and 12 months of supervised release. Having jurisdiction under 28 U.S.C. § 1291, this court affirms.

_____

[1]The Honorable C.J. Williams, Chief Judge, United States District Court for the Northern District of Iowa.

This court granted Caston's motion for an expedited appeal, and Caston filed a brief arguing the government presented insufficient evidence of two disputed supervised-release violations that alleged marijuana use. Upon careful review, this court concludes the district court did not clearly err in finding the two violations, *see United States v. Daye*, 4 F.4th 698, 700 (8th Cir. 2021) (per curiam) (standard of review), as the government presented evidence of sweat patch tests that were positive for THC, and Caston presented no compelling reason to believe the positive tests were erroneous. *See United States v. Meyer*, 483 F.3d 865, 869 (8th Cir. 2007) (sweat patch results are generally reliable method of determining drug use, but individual offenders may offer compelling reasons to believe that positive test results from sweat patches are erroneous).

The judgment is affirmed.

_____